UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ZAIRE PAIGE,                                                    JUDGMENT
                                                                   10-CV- 3356 (SLT)
                           Plaintiff,

    -against-

RAHSAN LACOSTE, JOHN DOE 1, 2, 3,
AND DET. THOMAS DONAHUE,

                           Defendants.
--------------------------------------------------------X

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 26, 2014, adopting the Report and Recommendation of Magistrate Judge Ramon E. Ryes, Jr., dated May 8, 2014; denying Plaintiff's objections and dismissing the action with prejudice pursuant to Rules 16(f), 37(b)(2)(A)(v), and 41(b); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order; and denying *in forma pauperis* status for purpose of an appeal; it is

       ORDERED and ADJUDGED that the action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 16(f), 37(b)(2)(A)(v), and 41(b); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York                                         Douglas C. Palmer
       September 26, 2014                                            Clerk of Court

                                                                  by:    */s/ Janet Hamilton*
                                                                        Deputy Clerk